AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Larry Percell Maybin, | ) |
|---|---|
| *Plaintiff,* | ) |
| v. | ) Civil Action No.   7:15-cv-00797-TMC-PJG |
| HotSpot, | ) |
| *Defendant.* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus post-judgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Larry Percell Maybin, shall take nothing of the defendant, HotSpot, and this action is dismissed without prejudice pursuant to FRCP 41.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Timothy M. Cain, United States District Judge, presiding.  The Court dismissed the complaint without prejudice for failure prosecute.

Date:   May 4, 2015                                                                 *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                        *s/G. Mills*

                                                                                                    *Signature of Clerk or Deputy Clerk*